**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: July 12, 2010**

_____

BK1005593
SJB

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT DAYTON

| | |
|---|---|
| IN RE: | Case No. 10-33704 |
| Melissa L Shumway | Chapter 7 |
| | Judge Walter |
| Debtor | |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY (DOCKET #9) FOR PROPERTY LOCATED AT (345 BEATTY DRIVE XENIA , OH 45385)** |

    This matter came to be considered on the Motion for Relief From Stay (the "Motion") filed by U.S. Bank, N.A. on June 10, 2010 as document number 9. Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, The Trustee, and all other necessary parties were served with the Motion and the Notice required by LBR 9013-1(a). No party filed a response or otherwise appeared in opposition to the Motion.

    Based on this, it appears appropriate to grant the relief requested with respect to the property located at 345 Beatty Drive Xenia, OH 45385.

**IT IS THEREFORE ORDERED:**

The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

**SO ORDERED**

/s/ Ronald C Taylor
Ronald C Taylor, Case Attorney
Bar Registration No.0083298
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3472
(513) 354-6464 fax
Email: sohbk@lsrlaw.com

COPIES TO:

DEFAULT LIST

Greene County Treasurer
James W. Schmidt, CPA
15 Greene Street
Xenia , OH 45385
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Kevin L. Shumway
345 Beatty Drive
Xenia, OH 45385
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

###